■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO PIZARRO, Appellant. [61 NYS3d 906]—

Order, Supreme Court, Bronx County (Raymond L. Bruce, J.), entered on or about September 24, 2014, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Although defendant casts his argument for a modification of his risk level in terms of whether the override for a prior felony sex crime conviction should be "applied," the override applies automatically, except that the court may grant a downward departure (*see People v Howard*, 27 NY3d 337, 342 [2016]). In any event, there is no basis for a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]), because there are no mitigating factors that were not adequately taken into account by the risk assessment instrument or outweighed by the seriousness of defendant's current and prior sex offenses against children. Concur—Tom, J.P., Manzanet-Daniels, Mazzarelli, Oing and Singh, JJ.